Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Oklahoma**

Case number (if known): _____    Chapter ___11___

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | |
|---|---|
| **1. Debtor's name** | **Partida Holdings of Lawton, LLC** |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | **Generator Supercenter of Lawton** <br><br> **GSC of Lawton** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 7 – 2 7 7 7 0 7 0** |

**4. Debtor's address**

**Principal place of business**

**3800 NE 104th Street**
Number     Street

**Oklahoma City, OK 73131**
City                              State     ZIP Code

**Oklahoma**
County

**Mailing address, if different from principal place of business**

Number          Street

City                              State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                              State     ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Partida Holdings of Lawton, LLC**                                    Case number *(if known)* _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                                 MM / DD / YYYY

       District _____  When _____  Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor  **Faith Electric, Inc.**                Relationship  **Affiliate**

     District  **Western District of Oklahoma**          When  **3/31/2025**
                                                    MM / DD / YYYY

     Case number, if known  **25-10591**

Debtor    **Partida Holdings of Lawton, LLC** _____    Case number (*if known*) _____
Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br><br>Number    Street<br><br>_____<br><br>City                         State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>Contact name _____<br>Phone _____ |

■ **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49        ☐ 50-99        ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000                                    ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000                    ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000            ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000          ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million          ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor    **Partida Holdings of Lawton, LLC**
Name

Case number *(if known)*

| | | | | | | |
|---|---|---|---|---|---|---|
| **16. Estimated liabilities** | ☐ | $0-$50,000 | ☑ | $1,000,001-$10 million | ☐ | $500,000,001-$1 billion |
| | ☐ | $50,001-$100,000 | ☐ | $10,000,001-$50 million | ☐ | $1,000,000,001-$10 billion |
| | ☐ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ | $10,000,000,001-$50 billion |
| | ☐ | $500,001-$1 million | ☐ | $100,000,001-$500 million | ☐ | More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **04/10/2025**
MM/ DD/ YYYY

**X**    **/s/ Austin Partida**                                        **Austin Partida**
Signature of authorized representative of debtor        Printed name

Title    **CEO**

**18. Signature of attorney**

**X**    **/s/ Amanda R. Blackwood**        Date **04/10/2025**
Signature of attorney for debtor        MM/ DD/ YYYY

**Amanda R. Blackwood**
Printed name

**Blackwood Law Firm, PLLC**
Firm name

**512 NW 12th Street**
Number        Street

**Oklahoma City**        **OK**        **73103**
City        State    ZIP Code

**(405) 309-3600**        **amanda@blackwoodlawfirm.com**
Contact phone        Email address

**33839**        **OK**
Bar number        State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Partida Holdings of Lawton, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>Western</strong>    District of   <strong>Oklahoma</strong><br>(State)</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** | **Creditor's name**

**Describe debtor's property that is subject to a lien**

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

Fill in this information to identify the case:

Debtor name    **Partida Holdings of Lawton, LLC**

United States Bankruptcy Court for the:

    **Western District of Oklahoma**

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims   **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____<br><br>**Date or dates debt was incurred**<br><br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____<br><br>**Date or dates debt was incurred**<br><br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |

Debtor    **Partida Holdings of Lawton, LLC**                                    Case number *(if known)* _____
_____
Name

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$85,800.00** |
|---|---|---|

**Apollo Funding**

**333 W. Commercial Street Suite 324**

**East Rochester, NY 14445**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    _____

Basis for the claim: _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**

**Bank of Western Oklahoma**

**PO Box 529**

**Weatherford, OK 73096**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    _____

Basis for the claim: _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**

**Berkovitch & Bouskila, PLLC**

**1545 US 202 Ste 101**

**Pomona, NY 10970**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    _____

Basis for the claim: _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**

**Cambridge Advance**

**7901 4th Street N. #400**

**Saint Petersburg, FL 33702**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $300,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    _____

Basis for the claim: _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Partida Holdings of Lawton, LLC**
Name

Case number *(if known)* _____

---

**Part 2:**   Additional Page

---

**3.5**   Nonpriority creditor's name and mailing address

**Celero**

**c/o Craig Tractenberg**
**Fox Rothschild, LLP**

**2001 Market Street Ste. 1700**

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6**   Nonpriority creditor's name and mailing address

**Costco Wholesale Corporation**

**PO Box 34331**

**Seattle, WA 98124**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7**   Nonpriority creditor's name and mailing address

**DLP Funding, LLC**

**447 Broadway 2nd floor**

**New York, NY 10013**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:     $280,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8**   Nonpriority creditor's name and mailing address

**Everest Business Funding**

**102 W. 38th Street 6th Floor**

**New York, NY 10018**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:     $147,355.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Partida Holdings of Lawton, LLC**
Name

Case number *(if known)*

---

**Part 2:**    Additional Page

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | unknown |
|---|---|---|---|
| | **F&M Bank** | ☑ Contingent | |
| | **1401 Health Center Parkway** | ☑ Unliquidated | |
| | **Yukon, OK 73099** | ☑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $225,000.00 |
|---|---|---|---|
| | **Lionhart Funding** | ☐ Contingent | |
| | **40 Wall Street Unit 2701** | ☑ Unliquidated | |
| | **New York, NY 10005** | ☑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300,000.00 |
|---|---|---|---|
| | **Slate Advance** | ☐ Contingent | |
| | **15 America Ave Ste. 303** | ☑ Unliquidated | |
| | **Lakewood, NJ 08701** | ☑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,000,000.00 |
|---|---|---|---|
| | **SQ Advance** | ☐ Contingent | |
| | **7901 4th St. N Ste. 300** | ☑ Unliquidated | |
| | **Saint Petersburg, FL 33702** | ☑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

Debtor     **Partida Holdings of Lawton, LLC**

Name

Case number *(if known)* _____

---

**Part 2:**   Additional Page

| | | |
|---|---|---|
| **3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.13** **Nonpriority creditor's name and mailing address**

SQ Advance

7901 4th St. N Ste. 300

Saint Petersburg, FL 33702

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$700,000.00

---

**3.14** **Nonpriority creditor's name and mailing address**

Synchrony

777 Long Ridge Road

Stamford, CT 06902

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.15** **Nonpriority creditor's name and mailing address**

VEX Capital

96-14 Metropolitan Ave.

Forest Hills, NY 11375

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$450,000.00

---

Debtor  **Partida Holdings of Lawton, LLC**
_____  Case number *(if known)* _____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Celero**<br>**Hapreth on the Green IV**<br>**100 Westwood Place 200**<br>**Brentwood, TN 37027** | Line **3.5**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **David Fogel, PC, Attorneys at Law**<br>**1225 Franklin Ave. Ste. 201**<br>**Garden City, NY 11530** | Line **3.12**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 **David Fogel, PC, Attorneys at Law**<br>**1225 Franklin Ave. Ste. 201**<br>**Garden City, NY 11530** | Line **3.13**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4 **Law Offices of Isaac H. Greenfield, PLLC**<br>**2 Executive Blvd. Ste 305**<br>**Suffern, NY 10901** | Line **3.4**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5 **Marty Friend**<br>**Harpeth on the Green IV**<br>**100 Westwood Place Ste 200**<br>**Brentwood, TN 37027** | Line **3.5**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6 **Yehuda Klein, Esq.**<br>**The Klein Law Firm, LLC**<br>**1820 Swarthmore Ave #714**<br>**Lakewood, NJ 08701** | Line **3.11**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    **Partida Holdings of Lawton, LLC**
Name

Case number *(if known)* _____

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$3,488,155.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$3,488,155.00** |

Fill in this information to identify the case:

Debtor name _____**Partida Holdings of Lawton, LLC**_____

United States Bankruptcy Court for the:

_____**Western District of Oklahoma**_____

Case number (if known): _____ Chapter ___**11**___

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease** / **Contract to be ASSUMED** | **ARCP MT Lawton OK, LLC** |
| | | **c/o CIM Group, LLC** |
| State the term remaining | | **2398 East Camelback Road 4th floor** |
| List the contract number of any government contract | | **Phoenix, AZ 85016** |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | **Service contracts - Debtor will assume contracts with all parties on the attached list.** / **Contract to be ASSUMED** | **See attached list** |
| State the term remaining | **0 months** | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

| Creditor Name | Address 1 | City | State | Zip |
|---|---|---|---|---|
| OTIS COATS | 7133 W FOLSOM RD | CADDO | OK | 74729 |
| WILLIAM MASSEY | 1212 U.S. 70 | Kingston | OK | 73439 |
| VIRGINA HEFFERNAN | 2413 Meadowlark Lane | Lawton | OK | 73507 |
| GEORGE GOEBEL | 16910 COUNTY ROAD 214 NORTH | TIPTON | OK | 73570 |
| CHARLES CHERRY | 402 South Simpson Street | Grandfield | OK | 73546 |
| Kay Smits | 1210 Brower Road | Anadarko | OK | 73005 |
| Donald Durant | 8 NW HEATHERSTONE DR | LAWTON | OK | 73505 |
| James Shank | 20780 COUNTY ROAD 1480 | ADA | OK | 74820 |
| Mark Lunday | 3692 Provence Road | Ardmore | OK | 73401 |
| Charles Davis | 4408 NE MOSSEY OAK DRIVE | LAWTON | OK | 73507 |
| Dwayne Hess | 630 North Broadway Street | Hobart | OK | 73651 |
| JOE Royal | 3517 Prairie Drive West | Altus | OK | 73521 |
| FRANK & TUCINA BARGAS | 2312 SW 45TH STREET | LAWTON | OK | 73505 |
| GEOFFRY Green | 1502 NE 62ND ST | LAWTON | OK | 73507 |
| Janet Scaggs | 28031 County Street 2550 | Fort Cobb | OK | 73038 |
| JOHN Parker | 27099 Oklahoma 9 | Anadarko | OK | 73005 |
| Jeff Hooser | 262454 E CR 1800 | WALTERS | OK | 73572 |
| Jim Suson | 1015 West Mulberry Avenue | Duncan | OK | 73533 |
| Jason Treadwell | 22036 CR 180 EW | Frederick | OK | 73542 |
| James Stephens | 142 NW 36TH ST | LAWTON | OK | 73505 |
| Kati Maines | 521 North 16th Street | Frederick | OK | 73542 |
| KIMBERLY COPELAND | 2350 Sunset Drive | Duncan | OK | 73533 |
| LISA BAILEY | 1136 MOUNT PINCHOT | LAWTON | OK | 73507 |
| TERREL LANNEN | 100 Northeast Lily Lamb Road | Fletcher | OK | 73541 |
| LARRY DINKEL | 315 Southeast Camelot Drive | Lawton | OK | 73501 |
| LORI EYLER | 5080 AIRPORT ROAD | HEALDTON | OK | 73488 |
| TOMOKO KASSIK | 1210 Northwest Logan Avenue | Lawton | OK | 73507 |
| JANE SPARKS | PO BOX 84 | MANGUM | OK | 73554 |
| GREGG ANDERSON | 26 NW PECAN VALLEY DRIVE | LAWTON | OK | 73505 |
| IRMA MELENDEZ | 6905 Northwest Surreywood Place | Lawton | OK | 73505 |

| | | | | |
|---|---|---|---|---|
| THOMAS HEARD | 7226 NW LAWTON | LAWTON | OK | 73505 |
| ROBERT BURKES | 804 Northwest 7th Street | Lindsay | OK | 73052 |
| PATRICIA TUCKER | 6916 Southwest Beta Avenue | Lawton | OK | 73505 |
| RAY RICE | 3406 SPENCER RD | DUNCAN | OK | 73533 |
| RICHARD & DARLA MCCAULEY | 7465 E 1975 Rd | Waurika | OK | 73573 |
| RAYMOND & SHERYL RICE | P.O. Box 591 | Velma | OK | 73491 |
| RICHARD SIMPSON | 2115 Northwest Bell Avenue | Lawton | OK | 73507 |
| SHAWN BJORK | 1104 Southeast 40th Street | Lawton | OK | 73501 |
| STEVE MILLS | 610 Prairie View Road | Ardmore | OK | 73401 |
| DOUG KIRKPATRIC | 12114 US HIGHWAY 62 | ELGIN | OK | 73538 |
| FRED & TERRY WYATT | 23007 COUNTY RD EW 184 | Hollister | OK | 73551 |
| CHARLES & RETA HARWELL | 12550 SOUTH UNION ROAD | MANNSVILLE | OK | 73447 |
| HATTIE WALTON | 901 Canterbury Boulevard | Altus | OK | 73521 |
| JON MOORE | 20456 COX ROAD | KINGSTON | OK | 73439 |
| ELI LYDA | 229 Marsden Street | Ardmore | OK | 73401 |
| APRIL THOMAS | 439 Northwest Spring Creek Circle | Lawton | OK | 73505 |
| CAROLINE WATKINS | 186125 Oklahoma 2 | Moyers | OK | 74557 |
| GREGG JACOB | 1810 Cobblestone Road | Sulphur | OK | 73086 |
| GABBY CORTEZ | 106 South 14th Street | Frederick | OK | 73542 |
| KENT MAYCUMBER | 16099 West Gore Boulevard | Cache | OK | 73527 |
| ELIZABETH BROWN | 45164 COUNTY ROAD 1600 | WYNNEWOOD | OK | 73098 |
| Larry & Billy NUNN | 16097 East County Road 1480 | Apache | OK | 73006 |
| Milton Hall | 4609 Northeast Dearborn Avenue | Lawton | OK | 73507 |
| Sue Johnson | 706 North West Street | New Cordell | OK | 73632 |
| Dale Toon | 276 Stoneroller Lane | Smithville | OK | 74957 |
| VICKIE & RICHARD REDMAN | 1000 Village Dr | Altus | OK | 73521 |
| RONALD FONVILLE | 6725 Southwest Chaucer Drive | Lawton | OK | 73505 |
| GERALD SIMMONS | 606 NW NEWGATE | LAWTON | OK | 73505 |
| THOMAS & URSULA DORMAN | 3819 Northwest Columbia Avenue | Lawton | OK | 73505 |
| MICHAEL & GLADYS VALENTINE | 2210 Southwest 54th Street | Lawton | OK | 73505 |
| Lynn Vaughn | 1817 Parkwood Drive | Duncan | OK | 73533 |

| | | | | |
|---|---|---|---|---|
| STEVEN OLDHAM | 1505 AVALON DRIVE | ALTUS | OK | 73521 |
| TARA DELONE | 1925 County Street 2840 | Amber | OK | 73004 |
| David Odom | 404 South Grand Road | Mannsville | OK | 73447 |
| Bill Wynn | 18994 EAST County Road 1500 | Lindsay | OK | 73052 |
| CATHY FROLICH | 805 Lila Avenue | Altus | OK | 73521 |
| JEFF DOOLEY | 521 Wisteria Way | Ada | OK | 74820 |
| James LaBelle | 1469 Kinta Trail | Wichita Falls | TX | 76310 |
| HAROLD TALBERT | 43254 STATE HIGHWAY 8 | Cyril | OK | 73029 |
| MORRIS BROWN | 2002 McCurrys Lane | Sulphur | OK | 73086 |
| PAM VINSON | 2422 SLEEPY HOLLOW DRIVE | DURANT | OK | 74701 |
| RICK WILSON | 54 West Toll Bridge Road | Colbert | OK | 74733 |
| Robert B & Megan Potratz | 436 West Jefferson Street | Mangum | OK | 73554 |
| RAYMOND & SANDI GARRETT | 1408 East Jennings Street | Wynnewood | OK | 73098 |
| ANITA PORTER | 823 Barkers Canyon Road | Bennington | OK | 74723 |
| KATHY BASS | 1710 Cedar Ridge Circle | Durant | OK | 74701 |
| CARLTON TILLEY | 10301 Oklahoma 3W | Ada | OK | 74820 |
| MATT HUNT | 3419 CASTLE CT | DURANT | OK | 74701 |
| Steven Miles | 44368 Propane Road | Asher | OK | 74826 |
| DEBBIE BOND | 890 GRASSLAND ROAD | ARDMORE | OK | 73401 |
| MICHAEL LOEHR | 3715 NE Eastlake Drive | Lawton | OK | 73507 |
| Elizabeth Danaher | 582 Quail Run Road | Wichita Falls | TX | 76310 |
| MATHIAS & DIANE GORGES | 988 OBERLIN ROAD | BOSWELL | OK | 74727 |

**Fill in this information to identify the case:**

Debtor name    **Partida Holdings of Lawton, LLC**

United States Bankruptcy Court for the:    **Western**    District of    **Oklahoma**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1: Codebtor* | | | *Column 2: Creditor* | |
|---|---|---|---|---|
| Name | Mailing address | | Name | Check all schedules that apply: |
| 2.1 **Austin Partida** | **5109 Water Oak Way**<br>Street<br><br>**Edmond, OK 73034**<br>City    State    ZIP Code | | **Apollo Funding** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **DLP Funding, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Everest Business Funding** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **VEX Capital** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Cambridge Advance** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Lionhart Funding** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Slate Advance** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **SQ Advance** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **SQ Advance** | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | **Partida Holdings of Lawton, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.2 | **Faith Electric, Inc.** | **3800 NE 104th Street Suite 600**<br>Street<br><br>**Oklahoma City, OK 73131**<br>City        State        ZIP Code | **Apollo Funding** | ☐ D ☑ E/F ☐ G |
| | | | **DLP Funding, LLC** | ☐ D ☑ E/F ☐ G |
| | | | **VEX Capital** | ☐ D ☑ E/F ☐ G |
| | | | **Cambridge Advance** | ☐ D ☑ E/F ☐ G |
| | | | **Lionhart Funding** | ☐ D ☑ E/F ☐ G |
| | | | **Slate Advance** | ☐ D ☑ E/F ☐ G |
| | | | **SQ Advance** | ☐ D ☑ E/F ☐ G |
| | | | **SQ Advance** | ☐ D ☑ E/F ☐ G |
| 2.3 | **Partida Holdings of Enid, LLC** | **3800 NE 104th Street**<br>Street<br><br>**Oklahoma City, OK 73131**<br>City        State        ZIP Code | **DLP Funding, LLC** | ☐ D ☑ E/F ☐ G |
| | | | **VEX Capital** | ☐ D ☑ E/F ☐ G |
| | | | **Cambridge Advance** | ☐ D ☑ E/F ☐ G |
| | | | **Lionhart Funding** | ☐ D ☑ E/F ☐ G |

Debtor    **Partida Holdings of Lawton, LLC**                                Case number (if known) _____
      Name

███████    Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.4 | **Partida Holdings of Fayeteville, LLC** | **3800 NE 104th Street**<br>Street | **Apollo Funding** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Oklahoma City, OK 73131**<br>City          State          ZIP Code | **DLP Funding, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **VEX Capital** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Cambridge Advance** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Lionhart Funding** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Slate Advance** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **SQ Advance** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **SQ Advance** | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 | **Partida Holdings of Little Rock, LLC** | **3800 NE 104th Street**<br>Street | **Apollo Funding** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Oklahoma City, OK 73131**<br>City          State          ZIP Code | **DLP Funding, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **VEX Capital** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Cambridge Advance** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Lionhart Funding** | ☐ D<br>☑ E/F<br>☐ G |

Debtor    **Partida Holdings of Lawton, LLC**                          Case number (if known) _____
Name

| | Additional Page if Debtor Has More Codebtors |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Slate Advance** | ☐ D ☑ E/F ☐ G |
| | | **SQ Advance** | ☐ D ☑ E/F ☐ G |
| | | **SQ Advance** | ☐ D ☑ E/F ☐ G |
| 2.6 **Partida Holdings of Tulsa, LLC** | Street<br>**3800 NE 104th Street**<br>**Oklahoma City, OK 73131**<br>City          State          ZIP Code | **Apollo Funding** | ☐ D ☑ E/F ☐ G |
| | | **DLP Funding, LLC** | ☐ D ☑ E/F ☐ G |
| | | **VEX Capital** | ☐ D ☑ E/F ☐ G |
| | | **Cambridge Advance** | ☐ D ☑ E/F ☐ G |
| | | **Lionhart Funding** | ☐ D ☑ E/F ☐ G |
| | | **Slate Advance** | ☐ D ☑ E/F ☐ G |
| | | **SQ Advance** | ☐ D ☑ E/F ☐ G |
| | | **SQ Advance** | ☐ D ☑ E/F ☐ G |
| 2.7 **Partida Holdings, LLC** | **3800 NE 104th Street**<br>Street<br>**Oklahoma City, OK 73131**<br>City          State          ZIP Code | **Apollo Funding** | ☐ D ☑ E/F ☐ G |
| | | **DLP Funding, LLC** | ☐ D ☑ E/F ☐ G |
| | | **VEX Capital** | ☐ D ☑ E/F ☐ G |

Debtor   **Partida Holdings of Lawton, LLC**          Case number (if known) _____
Name

▌  Additional Page if Debtor Has More Codebtors

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | |
|---|---|---|
| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

| | | | |
|---|---|---|---|
| | | **Cambridge Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **Lionhart Funding** | ☐ D  ☑ E/F  ☐ G |
| 2.8 **Partida Management, LLC** | **3800 NE 104th Street** <br> Street <br><br> **Oklahoma City, OK 73131** <br> City    State    ZIP Code | **Apollo Funding** | ☐ D  ☑ E/F  ☐ G |
| | | **DLP Funding, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | **VEX Capital** | ☐ D  ☑ E/F  ☐ G |
| | | **Cambridge Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **Lionhart Funding** | ☐ D  ☑ E/F  ☐ G |
| | | **Slate Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **SQ Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **SQ Advance** | ☐ D  ☑ E/F  ☐ G |
| 2.9 _____ | _____ Street <br><br> _____ City    State    ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.10 _____ | _____ Street <br><br> _____ City    State    ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |

Debtor    **Partida Holdings of Lawton, LLC**                    Case number (if known) _____
          Name

██████    Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.11 | _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.12 | _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.13 | _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.14 | _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.15 | _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

Fill in this information to identify the case:

Debtor name **Partida Holdings of Lawton, LLC**

United States Bankruptcy Court for the:

**Western District of Oklahoma**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................. | $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................. | $0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................ | $0.00

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ | $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................. | $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... | + $3,488,155.00

4. **Total liabilities**.................................................................................................. | $3,488,155.00
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **Partida Holdings of Lawton, LLC**

United States Bankruptcy Court for the:

**Western District of Oklahoma**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an** *insider*, **as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SQ Advance<br>7901 4th St. N Ste. 300<br>Saint Petersburg, FL 33702 | | | Disputed<br>Unliquidated | | | $1,000,000.00 |
| 2 | SQ Advance<br>7901 4th St. N Ste. 300<br>Saint Petersburg, FL 33702 | | | Disputed<br>Unliquidated | | | $700,000.00 |
| 3 | VEX Capital<br>96-14 Metropolitan Ave.<br>Forest Hills, NY 11375 | | | Disputed<br>Unliquidated | | | $450,000.00 |
| 4 | Cambridge Advance<br>7901 4th Street N. #400<br>Saint Petersburg, FL 33702 | | | Disputed<br>Unliquidated | | | $300,000.00 |
| 5 | Slate Advance<br>15 America Ave Ste. 303<br>Lakewood, NJ 08701 | | | Disputed<br>Unliquidated | | | $300,000.00 |
| 6 | DLP Funding, LLC<br>447 Broadway 2nd floor<br>New York, NY 10013 | | | Disputed<br>Unliquidated | | | $280,000.00 |
| 7 | Lionhart Funding<br>40 Wall Street Unit 2701<br>New York, NY 10005 | | | Disputed<br>Unliquidated | | | $225,000.00 |
| 8 | Everest Business Funding<br>102 W. 38th Street 6th Floor<br>New York, NY 10018 | | | Disputed<br>Unliquidated | | | $147,355.00 |

Debtor     **Partida Holdings of Lawton, LLC**
                Name                                                            Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is **contingent, unliquidated, or disputed** | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9  Apollo Funding<br>333 W. Commercial Street Suite 324<br>East Rochester, NY 14445 | | | Disputed<br>Unliquidated | | | $85,800.00 |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION**

IN RE: **Partida Holdings of Lawton, LLC**                           CASE NO

                                                                     CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**04/10/2025**___     Signature _____**/s/ Austin Partida**_____

                                                  Austin Partida, CEO

ANITA PORTER
823 Barkers Canyon Road
Bennington, OK 74723


Apollo Funding
333 W. Commercial Street Suite 324
East Rochester, NY 14445


APRIL THOMAS
439 Northwest Spring Creek Circle
Lawton, OK 73505


ARCP MT Lawton OK, LLC
c/o CIM Group, LLC
2398 East Camelback Road 4th floor
Phoenix, AZ 85016


Austin Partida
5109 Water Oak Way
Edmond, OK 73034


Bank of Western Oklahoma
PO Box 529
Weatherford, OK 73096


Berkovitch & Bouskila, PLLC
1545 US 202 Ste 101
Pomona, NY 10970


Bill Wynn
18994 EAST County Road 1500
Lindsay, OK 73052

Cambridge Advance
7901 4th Street N. #400
Saint Petersburg, FL 33702

CARLTON TILLEY
10301 Oklahoma 3W
Ada, OK 74820

CAROLINE WATKINS
186125 Oklahoma 2
Moyers, OK 74557

CATHY FROLICH
805 Lila Avenue
Altus, OK 73521

Celero
c/o Craig Tractenberg
Fox Rothschild, LLP
2001 Market Street Ste. 1700

Celero
Hapreth on the Green IV
100 Westwood Place 200
Brentwood, TN 37027

CHARLES & RETA HARWELL
12550 SOUTH UNION ROAD
MANNSVILLE, OK 73447

CHARLES CHERRY
402 South Simpson Street
Grandfield, OK 73546

Charles Davis
4408 NE MOSSEY OAK DRIVE
LAWTON, OK 73507


Costco Wholesale Corporation
PO Box 34331
Seattle, WA 98124


Dale Toon
276 Stoneroller Lane
Smithville, OK 74957


David Fogel, PC, Attorneys at
Law
1225 Franklin Ave. Ste. 201
Garden City, NY 11530


David Odom
404 South Grand Road
Mannsville, OK 73447


DEBBIE BOND
890 GRASSLAND ROAD
ARDMORE, OK 73401


DLP Funding, LLC
447 Broadway 2nd floor
New York, NY 10013


Donald Durant
8 NW HEATHERSTONE DR
LAWTON, OK 73505

DOUG KIRKPATRIC
12114 US HIGHWAY 62
ELGIN, OK 73538


Dwayne Hess
630 North Broadway Street
Hobart, OK 73651


ELI LYDA
229 Marsden Street
Ardmore, OK 73401


ELIZABETH BROWN
45164 COUNTY ROAD 1600
WYNNEWOOD, OK 73098


Elizabeth Danaher
582 Quail Run Road
Wichita Falls, TX 76310


Everest Business Funding
102 W. 38th Street 6th Floor
New York, NY 10018


F&M Bank
1401 Health Center Parkway
Yukon, OK 73099


Faith Electric, Inc.
3800 NE 104th Street Suite 600
Oklahoma City, OK 73131

FRANK & TUCINA BARGAS
2312 SW 45TH STREET
LAWTON, OK 73505


FRED & TERRY WYATT
23007 COUNTY RD EW 184
Hollister, OK 73551


GABBY CORTEZ
106 South 14th Street
Frederick, OK 73542


GEOFFRY Green
1502 NE 62ND ST
LAWTON, OK 73507


GEORGE GOEBEL
16910 COUNTY ROAD 214 NORTH
TIPTON, OK 73570


GERALD SIMMONS
606 NW NEWGATE
LAWTON, OK 73505


GREGG ANDERSON
26 NW PECAN VALLEY DRIVE
LAWTON, OK 73505


GREGG JACOB
1810 Cobblestone Road
Sulphur, OK 73086

HAROLD TALBERT
43254 STATE HIGHWAY 8
Cyril, OK 73029


HATTIE WALTON
901 Canterbury Boulevard
Altus, OK 73521


IRMA MELENDEZ
6905 Northwest Surreywood Place
Lawton, OK 73505


James LaBelle
1469 Kinta Trail
Wichita Falls, TX 76310


James Shank
20780 COUNTY ROAD 1480
ADA, OK 74820


James Stephens
142 NW 36TH ST
LAWTON, OK 73505


JANE SPARKS
PO BOX 84
MANGUM, OK 73554


Janet Scaggs
28031 County Street 2550
Fort Cobb, OK 73038

Jason Treadwell
22036 CR 180 EW
Frederick, OK 73542

JEFF DOOLEY
521 Wisteria Way
Ada, OK 74820

Jeff Hooser
262454 E CR 1800
WALTERS, OK 73572

Jim Suson
1015 West Mulberry Avenue
Duncan, OK 73533

JOE Royal
3517 Prairie Drive West
Altus, OK 73521

JOHN Parker
27099 Oklahoma 9
Anadarko, OK 73005

JON MOORE
20456 COX ROAD
KINGSTON, OK 73439

KATHY BASS
1710 Cedar Ridge Circle
Durant, OK 74701

Kati Maines
521 North 16th Street
Frederick, OK 73542

Kay Smits
1210 Brower Road
Anadarko, OK 73005

KENT MAYCUMBER
16099 West Gore Boulevard
Cache, OK 73527

KIMBERLY COPELAND
2350 Sunset Drive
Duncan, OK 73533

Larry & Billy NUNN
16097 East County Road 1480
Apache, OK 73006

LARRY DINKEL
315 Southeast Camelot Drive
Lawton, OK 73501

Law Offices of Isaac H.
Greenfield, PLLC
2 Executive Blvd. Ste 305
Suffern, NY 10901

Lionhart Funding
40 Wall Street Unit 2701
New York, NY 10005

LISA BAILEY
1136 MOUNT PINCHOT
LAWTON, OK 73507

LORI EYLER
5080 AIRPORT ROAD
HEALDTON, OK 73488

Lynn Vaughn
1817 Parkwood Drive
Duncan, OK 73533

Mark Lunday
3692 Provence Road
Ardmore, OK 73401

Marty Friend
Harpeth on the Green IV
100 Westwood Place Ste 200
Brentwood, TN 37027

MATHIAS & DIANE GORGES
988 OBERLIN ROAD
BOSWELL, OK 74727

MATT HUNT
3419 CASTLE CT
DURANT, OK 74701

MICHAEL & GLADYS
VALENTINE
2210 Southwest 54th Street
Lawton, OK 73505

MICHAEL LOEHR
3715 NE Eastlake Drive
Lawton, OK 73507


Milton Hall
4609 Northeast Dearborn Avenue
Lawton, OK 73507


MORRIS BROWN
2002 McCurrys Lane
Sulphur, OK 73086


OTIS COATS
7133 W FOLSOM RD
CADDO, OK 74729


PAM VINSON
2422 SLEEPY HOLLOW DRIVE
DURANT, OK 74701


Partida Holdings of Enid, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Partida Holdings of
Fayeteville, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Partida Holdings of Little
Rock, LLC
3800 NE 104th Street
Oklahoma City, OK 73131

Partida Holdings of Tulsa, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Partida Holdings, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Partida Management, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


PATRICIA TUCKER
6916 Southwest Beta Avenue
Lawton, OK 73505


RAY RICE
3406 SPENCER RD
DUNCAN, OK 73533


RAYMOND & SANDI GARRETT
1408 East Jennings Street
Wynnewood, OK 73098


RAYMOND & SHERYL RICE
P.O. Box 591
Velma, OK 73491


RICHARD & DARLA MCCAULEY
7465 E 1975 Rd
Waurika, OK 73573

RICHARD SIMPSON
2115 Northwest Bell Avenue
Lawton, OK 73507


RICK WILSON
54 West Toll Bridge Road
Colbert, OK 74733


Robert B & Megan Potratz
436 West Jefferson Street
Mangum, OK 73554


ROBERT BURKES
804 Northwest 7th Street
Lindsay, OK 73052


RONALD FONVILLE
6725 Southwest Chaucer Drive
Lawton, OK 73505


See attached list


SHAWN BJORK
1104 Southeast 40th Street
Lawton, OK 73501


Slate Advance
15 America Ave Ste. 303
Lakewood, NJ 08701

SQ Advance
7901 4th St. N Ste. 300
Saint Petersburg, FL 33702


STEVE MILLS
610 Prairie View Road
Ardmore, OK 73401


Steven Miles
44368 Propane Road
Asher, OK 74826


STEVEN OLDHAM
1505 AVALON DRIVE
ALTUS, OK 73521


Sue Johnson
706 North West Street
New Cordell, OK 73632


Synchrony
777 Long Ridge Road
Stamford, CT 06902


TARA DELONE
1925 County Street 2840
Amber, OK 73004


TERREL LANNEN
100 Northeast Lily Lamb Road
Fletcher, OK 73541

THOMAS & URSULA DORMAN
3819 Northwest Columbia Avenue
Lawton, OK 73505


THOMAS HEARD
7226 NW LAWTON
LAWTON, OK 73505


TOMOKO KASSIK
1210 Northwest Logan Avenue
Lawton, OK 73507


VEX Capital
96-14 Metropolitan Ave.
Forest Hills, NY 11375


VICKIE & RICHARD REDMAN
1000 Village Dr
Altus, OK 73521


VIRGINA HEFFERNAN
2413 Meadowlark Lane
Lawton, OK 73507


WILLIAM MASSEY
1212 U.S. 70
Kingston, OK 73439


Yehuda Klein, Esq.
The Klein Law Firm, LLC
1820 Swarthmore Ave #714
Lakewood, NJ 08701